# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 24-1284**                           **September Term, 2023**

FAA-07/09/2024 Letter

Filed On: August 28, 2024 [2072130]

Michael Solondz,

    Petitioner

    v.

Federal Aviation Administration,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on August 26, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 27, 2024 |
| Docketing Statement Form | September 27, 2024 |
| Procedural Motions, if any | September 27, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 27, 2024 |
| Statement of Issues to be Raised | September 27, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | September 27, 2024 |
| Dispositive Motions, if any | October 15, 2024 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1284**                                                **September Term, 2023**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | September 27, 2024 |
| Procedural Motions, if any | September 27, 2024 |
| Certified Index to the Record | October 15, 2024 |
| Dispositive Motions, if any | October 15, 2024 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                       BY:    /s/
                                                      Lynda M. Flippin
                                                      Deputy Clerk

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)